# EXHIBIT

# 2

Electronically Filed
07/28/2010 02:56:18 PM

CLERK OF THE COURT

1

2  **COMP**
    CAMPBELL & WILLIAMS
3  DONALD J. CAMPBELL, ESQ. (1216)
    J. COLBY WILLIAMS, ESQ. (5549)
4  700 South Seventh Street
    Las Vegas, Nevada 89101
5  Telephone: (702) 382-5222
    Facsimile: (702) 382-0540
6  Email: djc@campbellandwilliams.com
              jcw@campbellandwilliams.com
7

8  Attorneys for Plaintiff
    Zuffa, LLC

9

10                          **DISTRICT COURT**

11                     **CLARK COUNTY, NEVADA**

12  ZUFFA, LLC, a Nevada limited liability          )   CASE NO.: A-10-621865-C
     company, dba ULTIMATE FIGHTING                 )   DEPT. NO.:   I
13  CHAMPIONSHIP,                                    )
                                                     )
14                              Plaintiff,           )   **COMPLAINT**
                                                     )
15  vs.                                              )   [Arbitration Exempt -
                                                     )   Injunctive Relief Requested]
16  PAVIA HOLDINGS, LLC, a California limited        )
     liability company, dba MMA AGENTS;             )
17  BELLATOR SPORT WORLDWIDE, LLC, a                 )
     Delaware limited liability company;            )
18  DOES 1 through 100, inclusive;                   )
     ROE Corporations and Limited Liability         )
19  Companies 1 through 100, inclusive,             )
                                                     )
20                              Defendants.          )
                                                     )
21  ────────────────────────────────────            )

22          Plaintiff, through its attorneys of record, hereby complains against Defendants and alleges

23  as follows:

24                     **IDENTIFICATION OF THE PARTIES**

25          1.      Plaintiff, ZUFFA, LLC ("Zuffa"), is a Nevada limited liability company with its

26  principal place of business located in Clark County, Nevada.

27

28

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Page 1 of 16

2.   Members of Zuffa's senior management include Mr. Lorenzo Fertitta, its Chairman, and Mr. Dana White, it President.

3.   Defendant PAVIA HOLDINGS, LLC is a California limited liability company that does business as MMA AGENTS ("MMA Agents"). Ken Pavia is the self-described "founder" and "managing partner" of MMA Agents, which regularly does business in Nevada. MMA Agents has also targeted its actions against Zuffa in Nevada.

4.   Defendant BELLATOR SPORT WORLDWIDE, LLC ("Bellator") is a Delaware limited liability company with a principal place of business in Chicago, Illinois. Zuffa is informed and believes and thereupon alleges that Bellator is qualified to do business in Nevada and, in any event, has targeted its actions against Zuffa in Nevada.

5.   The true names and capacities, whether individual, corporate, partnership, associate or otherwise of Defendants named herein as DOES 1 through 100, inclusive, and ROE CORPORATIONS and LIMITED LIABILITY COMPANIES 1 through 100, inclusive, and each of them are unknown to Zuffa at this time, and Zuffa therefore sues said Defendants and each of them by such fictitious name. Zuffa will advise this Court and seek leave to amend this Complaint when the names and capacities of each such Defendant have been ascertained.

6.   Zuffa alleges that each Defendant herein designated as DOE, ROE CORPORATION or LIMITED LIABILITY COMPANY is responsible in some manner for the events and happenings herein referred to as hereinafter alleged and includes individuals and/or entities that are parties to various contracts with Zuffa and are bound by confidentiality provisions contained within said contracts.

7.   Zuffa is informed and believes and thereupon alleges that DOES 1 through 100, inclusive, ROE CORPORATIONS and LIMITED LIABILITY COMPANIES 1 through 100, inclusive, or some of them are either residents of the State of Nevada and/or were or are doing



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

business in the State of Nevada and/or have targeted their actions against Zuffa in the State of Nevada.

8.     Zuffa is informed and believes and thereupon alleges that at all times material hereto, Defendants were and are the agents, servants, alter egos or employees of the other named Defendants, that each of them conspired with the remaining Defendants, and in doing the wrongful conduct herein alleged, that each of them were acting within the course and scope of said agency and/or employment or conspiracy, with the knowledge and consent of each other Defendants and all of them jointly.

## GENERAL BACKGROUND

### Zuffa and the Ultimate Fighting Championship®

9.     Zuffa does business as the Ultimate Fighting Championship® ("UFC®") brand, a registered trademark.[1] Zuffa is a private company that is the leading promoter of Mixed Martial Arts ("MMA") contests or exhibitions in the world.

10.     MMA contests involve bouts between athletes skilled in the various disciplines of all martial arts including karate, jiu-jitsu, boxing, kick boxing, grappling, wrestling and other combat sports.

### History of the UFC®

11.     The Ultimate Fighting Championship® brand was first organized and operated by Semaphore Entertainment Group ("SEG"). The first UFC® event was held in 1993. UFC® bouts take place in a trademarked eight-sided cage known as the Octagon™.

---

[1]     Zuffa® is likewise a registered trademark. Given the frequency with which Zuffa is mentioned throughout this Complaint, the company has not inserted the registered trademark symbol each time its name appears. Nonetheless, the trademark registration further demonstrates the lengths to which Zuffa protects its intellectual property.

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

Page 3 of 16

12.     Concerns and complaints about the unregulated nature of the sport eventually led to MMA events being banned in many states and shunned by most television and cable television providers by the late 1990's.

**Zuffa's purchase of the UFC®**

13.     In early 2001, Zuffa purchased the UFC® brand and set about restructuring MMA into a highly organized and controlled combat sport.

14.     The UFC® organization introduced and/or embraced a variety of new regulations to the sport including the implementation of standard rounds of five minutes each, referee stoppages, weight classes, and limitations on permissible striking areas.

15.     Due in large part to the active involvement and efforts of Zuffa and its principals, among others, MMA events came to be sanctioned by the world's most prestigious sports regulatory bodies including the Nevada and New Jersey State Athletic Commissions.

**Rise in popularity of the UFC® and MMA**

16.     Since the time Zuffa purchased the UFC® brand and implemented changes to the sport, the popularity of the UFC® brand in particular, and MMA as a whole, have soared.

17.     At the time Zuffa purchased the UFC® brand, its MMA events were drawing less than several thousand people per event.

18.     Presently, UFC® events regularly sell-out arenas across this country and in many parts of the world, regularly drawing as many as 20,000-plus fans to live events.

19.     In addition, UFC® events are now regularly shown on pay-per-view and cable television within the United States and around the world, and are also sold as DVD's through major retail distributors.

20.     The popularity of the UFC® brand and MMA have reached new heights as a result of (i) Zuffa's reality television program, The Ultimate Fighter®, which has aired eleven complete



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382.5222
FAX 702/382.0540

Page 4 of 16

seasons on Spike TV, a cable television channel available to over 90 million homes in the United States, and (ii) Zuffa's recently released video game, UFC 2009 Undisputed™, which has sold more than 3.5 million copies since its release in May 2009.

**Confidential and Proprietary Information**

21.     When Zuffa purchased the assets from SEG, two important components of the acquired assets were the intellectual property and confidential and proprietary information that had been developed by SEG.

22.     Furthermore, over the last nine-plus years that Zuffa has owned and operated the UFC® brand, the company has developed additional intellectual property as well as additional confidential and proprietary information.

23.     Zuffa possesses and continues to develop confidential and proprietary business and technical information relevant to its operations including, but not limited to, independent contractor and fighter/athlete information, venue contact and pricing lists, vendor lists, strategic plans, pending projects and proposals, production processes and practices, designs, data and results of research, demographic information, contract and agreement forms, marketing and selling strategies and techniques, long range planning, marketing studies, financial and pricing information, compensation data, trade secrets and the like (sometimes referred to herein as "Zuffa Confidential Information and Trade Secrets").

24.     Zuffa expended significant time, effort, expense and other assets to purchase the intellectual property and trades secrets from SEG as well as to continue to develop and protect the Zuffa Confidential Information and Trade Secrets.

25.     The Zuffa Confidential Information and Trade Secrets constitute extremely valuable business assets developed by Zuffa over the years.

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX: 702/382-0540

Page 5 of 16

26.     Zuffa has taken any and all reasonable steps to maintain the secrecy of the Zuffa Confidential Information and Trade Secrets.

**Ken Pavia and MMA Agents**

27.     According to various websites under his control, Ken Pavia—who also refers to himself as *"The Pav"*—is a sports agent that heads "the largest and most successful MMA sports management company in the industry." *See* www.mmaagents.com.  Pavia also boasts that he "make[s] dreams come true." *See* www.myspace.com/kenpavia.

28.     MMA Agents, according to the same websites, is "an industry leader in mixed martial arts sports management" and provides "its clients with lucrative fighting opportunities, sponsorships, appearances, legal assistance, commission compliance, media relations, fighter branding, career guidance, and much more."

29.     MMA Agents claims it has a roster of over 50 world class mixed martial arts fighters, "forty of which [sic] are current or former Zuffa fighters."

**Bellator**

30.     As a direct result of the rise in popularity of the UFC® brand, numerous other organizations have started promoting their own MMA events and contests.

31.     Several organizations, however, have sought to compete unfairly against Zuffa and to capitalize improperly on the immense popularity of Zuffa's UFC® brand by misappropriating Zuffa's intellectual property, confidential information, and trade secrets.  Bellator is one such organization.

32.     Zuffa is informed and believes and thereupon alleges that Bellator is a MMA promotional company headquartered in Chicago that recently began promoting MMA events in or about 2009 and continues to do so today.



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

Page 6 of 16

33.    According to the company's website, Bjorn Rebney is Bellator's founder and Chief Executive Officer. *See* www.Bellator.com.

**The Present Dispute**

34.    Zuffa is informed and believes and thereupon alleges that on July 4, 2010, Bjorn Rebney sent an e-mail from his address at bjorn@bellator.com to Ken Pavia at kenpavia@mmaagents.com, with a courtesy copy to Tim Danaher at tim@bellator.com, that stated as follows:

Ken,

Tim and I know that you've been great about sending us "All" of the seminal docs from the UFC, so that we can re-do them and implement them for Bellator.

Can you please re-send emails with those attachments. Literally list them 1 – TBD.

Please list each in terms of what it is for and how the UFC uses them/implements them.

Please also make sure they are attached and correspondingly listed.

Then I'm going to have our team Monday re-type them and we will sufficiently alter them such that they will appear to be ours and not theirs.

If you can get this over to us late today, that would be great.

Thanks,
B

A true and correct copy of the foregoing e-mail is attached hereto as Exhibit 1.

35.    Zuffa is informed and believes and thereupon alleges that Pavia responded to the foregoing e-mail on the same day, stating: "Still I [sic] vegas. May take 24 hours to organize as some forms go to the guys in my office." *See* Attached Exhibit 1.

36.    Though Zuffa cannot be sure at this point what the universe of "All" its "seminal" documents are that have been provided by Pavia and/or MMA Agents to Bellator, Zuffa is



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382.5222
FAX 702/382.0540

1  informed and believes and thereupon alleges that such documents include promotional

2  agreements, bout agreements, sponsorship forms, extension letters, injury forms, and the like.

3

4      37.    As a self-professed agent for 40 current and former Zuffa fighters, Pavia and

5  MMA Agents would have access to various agreements entered into between its clients and Zuffa.

6  Such access does not, however, entitle Pavia and MMA Agents to distribute said agreements to

7  third parties.   To the contrary, all of these agreements contain very explicit confidentiality

8  provisions that have been vigorously enforced by Zuffa.

9
       38.    Zuffa is informed and believes and thereupon alleges that MMA Agents, through
10
   Pavia, and Bellator have conspired to misappropriate Zuffa's confidential information and trade
11
12  secrets in an effort to unfairly compete against Zuffa in the MMA marketplace.

13              **FIRST CAUSE OF ACTION**

14  **(Violation of Uniform Trade Secrets Act (NRS 600A.010, et seq.) – All Defendants)**

15     39.    Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as

16  though fully set forth herein.

17
       40.    Zuffa is the owner of certain trade secrets including, but not limited to, many of the
18
19  documents described herein as well as the processes, formulas, procedures, methods and like

20  information contained in said documents ("Trade Secrets").

21     41.    Zuffa derives independent economic value from its Trade Secrets not being

22  generally known to, and not being readily ascertained by proper means by the public or any other

23  person who can obtain commercial or economic value from the disclosure of the Trade Secrets.

24
       42.    Zuffa has taken any and all reasonable steps to maintain secrecy of its Trade
25
26  Secrets.



27

28
CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

43. At all times relevant hereto, Defendants knew or should have known that the Trade Secrets were owned by Zuffa and no one else and, further, that Zuffa derived independent economic value from the Trade Secrets.

44. Plaintiff is informed and believes and thereupon alleges that Defendants misappropriated by improper means and for their own purpose the Trade Secrets without the approval of or consent—whether written, oral or implied—of Zuffa.

45. Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendants knew or had reason to know that the Trade Secrets belonged to Zuffa and that they were acquiring Zuffa's Trade Secrets by improper means.

46. Plaintiff is informed and believes and thereupon alleges that Defendants intended to injure Zuffa or had reason to know that their actions would injure Zuffa as the owner of the Trade Secrets.

47. Based on the foregoing and pursuant to NRS 600A.040, Zuffa is entitled to injunctive relief enjoining and restraining Defendants from further use or dissemination of the Trade Secrets.

48. Based on the foregoing and pursuant to NRS 600A.050, Zuffa is entitled to damages for Defendants' misappropriation of Trade Secrets including, but not limited to, any and all losses and unjust enrichment caused by Defendants' misappropriation.

49. Plaintiff is informed and believes and thereupon alleges that Defendants' actions were willful, wanton, malicious, oppressive, and in reckless disregard of Zuffa's rights thereby entitling Zuffa to exemplary damages pursuant to NRS 600A.050 and attorneys' fees as permitted by NRS 600A.060.

50. As a legal and proximate cause of Defendants' misappropriation, Zuffa has sustained damages in excess of $10,000.



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX: 702/382-0540

Page 9 of 16

## SECOND CAUSE OF ACTION

### (Civil Conspiracy – All Defendants)

51.     Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as though fully set forth herein.

52.     Beginning at a date unknown, but in or about early July 2010, Defendants MMA Agents and Bellator combined, conspired, confederated and agreed with each other and with Doe and Roe Defendants and their agents to accomplish an unlawful objective for the purpose of harming Plaintiff by, among other things, (i) purloining copies of Zuffa's "seminal" operational documents and confidential information, and (ii) slightly altering said documents and information in order to pass it off as Defendants' own all for the purpose of competing unfairly against Zuffa.

53.     Defendants' conduct was willful, intentional and without legal justification or excuse. As a legal and proximate cause of Defendants' conduct, Zuffa has sustained damages in excess of $10,000.

54.     Plaintiff is informed and believes and thereupon alleges that Defendants' actions were willful, malicious and oppressive, thereby entitling Zuffa to exemplary damages in an amount to be proven at trial.

55.     Plaintiff has been required to retain the services of an attorney to pursue its claims against Defendants and is entitled to reasonable attorney's fees and costs incurred in the prosecution of this action.

## THIRD CAUSE OF ACTION

### (Breach of Contract – Doe and Roe Defendants)

56.     Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as though fully set forth herein.

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

Page 10 of 16

57. Plaintiff and the Doe and Roe Defendants are parties to various contracts including, but not limited to, Exclusive Promotional and Ancillary Rights Agreements, Bout Agreements, Merchandising Agreements, and the like.

58. The subject agreements contain explicit confidentiality provisions that are strictly enforced by Zuffa.

59. Zuffa has performed all of its obligations under the subject contracts except where excused.

60. Zuffa is informed and believes and thereupon alleges that the Doe and Roe Defendants have breached the subject agreements by, among other things, improperly disclosing them—or allowing their representatives and agents to disclose them improperly—to third parties in violation of the confidentiality provisions contained therein.

61. As a legal and proximate cause of Defendants' conduct, Zuffa has sustained damages in excess of $10,000.

62. Plaintiff has been required to retain the services of an attorney to pursue its claims against Defendants and is entitled to reasonable attorney's fees and costs incurred in the prosecution of this action.

**FOURTH CAUSE OF ACTION**

**(Breach of the Implied Covenant of Good Faith and Fair Dealing –
Doe and Roe Defendants)**

63. Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as though fully set forth herein.

64. All contracts in Nevada contain an implied covenant of good faith and fair dealing.

65. Plaintiff is informed and believes and thereupon alleges that the conduct of the Doe and Roe Defendants described herein including, but not limited to, the improper disclosure of Zuffa's "seminal" operational documents and confidential information to third party competitors

Page 11 of 16

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

1   of Zuffa is unfaithful to the purpose of the agreements between Zuffa and the Doe and Roe

2   Defendants and was not within the reasonable expectations of Zuffa.

3

4       66.     As a direct and proximate result of the Doe and Roe Defendants' wrongful

5   conduct, Zuffa has suffered and continues to suffer damages for which there is no adequate

6   remedy at law including, but not limited to, loss of business reputation and goodwill.

7       67.     As a further direct and proximate result of the Doe and Roe Defendants' wrongful

8   conduct, Zuffa has suffered damages in excess of $10,000.

9       68.     Plaintiff has been required to retain the services of an attorney to pursue its claims

10  against Defendants and is entitled to reasonable attorney's fees and costs incurred in the

11  prosecution of this action.

12

13                              **FIFTH CAUSE OF ACTION**

14       **(Aiding and Abetting/Inducement -- Defendant MMA Agents)**

15       69.     Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as

16  though fully set forth herein.

17

18       70.     Plaintiff is informed and believes and thereupon alleges that Defendant MMA

19  Agents, through Pavia, aided, abetted, substantially assisted, encouraged and/or induced the Doe

20  and Roe Defendants to disrupt their respective contractual agreements with Zuffa by, among other

21  things, facilitating the disclosure of said agreements to third party competitors of Zuffa despite the

22  existence of valid and binding confidentiality provisions contained therein.

23       71.     Defendant was aware of its role in promoting the breach by the Doe and Roe

24  Defendants at the time it provided its assistance and encouragement.

25

26       72.     Defendant's conduct was willful, intentional and without legal justification or

27  excuse. As a further direct and proximate result of Defendant's wrongful conduct, Zuffa has

28  suffered damages in excess of $10,000.

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382-5222
FAX 702/382-0540

73. Plaintiff is informed and believes and thereupon alleges that Defendant's actions were willful, malicious and oppressive, thereby entitling Zuffa to exemplary damages in an amount to be proven at trial.

74. Plaintiff has been required to retain the services of an attorney to pursue its claims against Defendants and is entitled to reasonable attorney's fees and costs incurred in the prosecution of this action.

### FIFTH CAUSE OF ACTION

#### (Conversion – All Defendants)

75. Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as though fully set forth herein.

76. Zuffa maintains property rights in both the physical copies of its "seminal" operational documents and confidential information as well as certain intangible rights that are merged therein.

77. The improper disclosure of Zuffa's operational documents and confidential information by Pavia, MMA Agents, and the Doe and Roe Defendants constitutes a distinct act of dominion wrongfully exerted over Zuffa's personal property.

78. The improper use by Bellator of Zuffa's operational documents and confidential information in order to conduct its competing business operations constitutes a distinct act of dominion wrongfully exerted over Zuffa's personal property.

79. Defendants' conduct is inconsistent with Zuffa's title and rights in its operational documents and confidential information and is further in derogation, exclusion, and defiance of such title and rights.



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702/382.5222
FAX 702/382.0540

80. Defendants' conduct was willful, intentional and without legal justification or excuse. As a direct and proximate result of Defendants' wrongful conduct, Zuffa has suffered damages in excess of $10,000.

81. Plaintiff is informed and believes and thereupon alleges that Defendants' actions were willful, malicious and oppressive, thereby entitling Zuffa to exemplary damages in an amount to be proven at trial.

82. Plaintiff has been required to retain the services of an attorney to pursue its claims against Defendants and is entitled to reasonable attorney's fees and costs incurred in the prosecution of this action.

### SIXTH CAUSE OF ACTION

#### (Injunctive Relief)

83. Plaintiff incorporates the allegations in the preceding and ensuing paragraphs as though fully set forth herein.

84. Zuffa has no plain, speedy or adequate remedy at law to protect it fully against Defendants' ongoing wrongful and intentional conduct.

85. Zuffa is entitled to a temporary, preliminary and permanent injunction restraining and enjoining Defendants and any successors or assigns, officers, directors, agents, servants, employees, attorneys, licensees, affiliates and all persons in active concert or participation with Defendants from:

    a.    continuing to misappropriate Zuffa's Confidential Information and Trade Secrets and/or its operational documents;

    b.    conducting any business operations utilizing, in any manner whatsoever, Zuffa's Confidential Information and Trade Secrets and/or its operational documents;



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Page 14 of 16

c.      aiding and abetting the improper disclosure by any other party of Zuffa's Confidential Information and Trade Secrets and/or its operational documents; and

d.      aiding and abetting the breach of any contract between Zuffa and any other party or otherwise interfering with such contracts.

86.     Without the entry of a temporary, preliminary and permanent injunction, Zuffa will suffer irreparable loss and injury, for which there is an inadequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.      For compensatory damages in excess of Ten Thousand Dollars ($10,000.00), in an amount to be proven at trial;

2.      For exemplary damages in excess of Ten Thousand Dollars ($10,000.00), in an amount to be proven at trial;

3.      For a temporary, preliminary and permanent injunction restraining and enjoining Defendants and any successors or assigns, officers, directors, agents, servants, employees, attorneys, licensees, affiliates and all persons in active concert or participation with Defendants from:

a.      continuing to misappropriate Zuffa's Confidential Information and Trade Secrets and/or its operational documents;

b.      conducting any business operations utilizing, in any manner whatsoever, Zuffa's Confidential Information and Trade Secrets and/or its operational documents;

c.      aiding and abetting the improper disclosure by any other party of Zuffa's Confidential Information and Trade Secrets and/or its operational documents; and



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Page 15 of 16

1

2

        d.     aiding and abetting the breach of any contract between Zuffa and any other party or otherwise interfering with such contracts.

3

4

    4.    For pre-judgment and post-judgment interest, as allowed by law;

5

    5.    For attorney fees and costs of suit incurred herein, as allowed by law, in an amount to be determined; and

6

7

    6.    For such other and further relief as the Court may deem just and proper.

8

DATED this 28th day of July, 2010.

9

                  CAMPBELL & WILLIAMS

10

11

                  By   */s/ Donald J. Campbell*

12

                     DONALD J. CAMPBELL, ESQ. (1216)
                     J. COLBY WILLIAMS, ESQ. (5549)

13

                     700 South Seventh Street
                     Las Vegas, Nevada 89101

14

                     Attorneys for Plaintiff

15

                     Zuffa, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28



CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

# EXHIBIT 1

# EXHIBIT 1

**Colby Williams**

Subject:                    FW: CONFIDENTIAL UFC

---

**From:** kenpavia@mmaagents.com [mailto:kenpavia@mmaagents.com]
**Sent:** Sunday, July 04, 2010 1:57 PM
**To:** Bjorn Rebney
**Cc:** Tim Danaher; Julian Gregorio C; Danny L C; Nate Brodnax C
**Subject:** Re: CONFIDENTIAL UFC

Still I vegas. May take 24 hours to organize as some forms go to the guys in my office.

Sent from my Verizon Wireless BlackBerry

---

**From:** "Bjorn Rebney" <bjorn@bellator.com>
**Date:** Sun, 4 Jul 2010 12:51:32 -0500
**To:** 'Ken Pavia'<KenPavia@MMaagents.com>
**Cc:** 'Mr. Tim Danaher'<tim@bellator.com>
**Subject:** CONFIDENTIAL UFC

Ken,

Tim and I know that you've been great about sending us "All" of the seminal docs from the UFC, so that we can re-do them and implement them for Bellator.

Can you please re-send emails with those attachments. Literally list them 1 – TBD.

Please list each in terms of what it is for and how the UFC uses them/implements them.

Please also make sure they are attached and correspondingly listed.

Then I'm going to have our team Monday re-type them and we will sufficiently alter them such that they will appear to be ours and not theirs.

If you can get this over to us late today, that would be great.

Thanks,

B

---

1