UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 11-cv-8831 |
| | ) |
| BELLATOR SPORT WORLDWIDE, INC.; and<br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP | ) The Honorable Judge John F. Grady<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
BY PLAINTIFF PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff Westchester Fire Insurance Company ("WESTCHESTER"), by and through its attorneys, Stefan Dandelles and David Brown of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby voluntarily dismisses Defendants, BELLATOR SPORT WORLDWIDE, INC. and ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff confirms that such voluntary dismissal, without prejudice, is appropriate under Rule 41(a)(1)(A)(i) because Defendants have not yet served an answer, motion for summary judgment or other responsive pleading of any kind in this action.

Respectfully Submitted,

**WESTCHESTER FIRE INSURANCE COMPANY**

January 10, 2012  
Date

By: /s/ Stefan R. Dandelles  
Stefan R. Dandelles

1131169.1

Stefan R. Dandelles
David T. Brown
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
55 W. Monroe Street – 38th Floor
Chicago, IL 60603
stefan.dandelles@wilsonelser.com
david.brown@wilsonelser.com
Phone: (312) 704-0550
Fax: (312) 704-1522
***Attorneys for Plaintiff***